```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

KENNETH KILGORE                                              PLAINTIFF

    v.                  No. 07-6011

DR. KEVIN HALE                                               DEFENDANT

## ORDER

    Now on this 21st day of March 2008, there comes on for consideration the report and recommendation filed herein on February 22, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 25). The parties have not filed any objections to the report and recommendation.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED for failure to prosecute this action and comply with the Court's orders. *See* Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge